UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Disciplinary Matter of<br><br>ATTORNEY DISCIPLINARY ACTIONS<br>_____ | ORDER OF DISBARMENT/SUSPENSION |

On January 24, 2011, the Court issued a number of Orders to Show Cause why certain attorneys should not be disbarred or suspended from the Bar of this Court as a result of suspension or disbarment from the Supreme Court of California or of any United States Court, resignation with charges pending accepted by the Supreme Court of California, or enrollment as an involuntary inactive member of the State Bar of California with cases pending in this Court. Written responses to each Order to Show Cause were due thirty (30) days from the date of the Order to Show Cause.  The Court has not received a response to its January 24, 2011 Orders to Show Cause from any attorney listed in Attachment "A" to this Order, unless otherwise noted therein. IT IS THEREFORE ORDERED that the attorneys listed in Attachment "A" to this Order are suspended or disbarred from the practice of law in this Court pursuant to Rule 83-3.2 of the Local Rules for the Central District of California.

1      IT IS FURTHER ORDERED that any attorney listed in Attachment
2 "A" to this Order who has been suspended or disbarred from the Bar of this Court
3 will be reinstated upon proof of his or her reinstatement as an active member in
4 good standing with the State Bar of California.
5      An attorney registered to use the Court's Electronic Case Filing
6 System (ECF) who is suspended or disbarred by this Court will not have access to
7 file documents electronically until the attorney has been reinstated by the State Bar
8 of California and reinstated to the Bar of this Court.
9      This Order is being served pursuant to Federal Rule of Civil
10 Procedure 5  to the current addresses of the attorneys listed in Attachment "A" as
11 on file with the State Bar of California as of January 24, 2011.
12
13      DATE:    March 8, 2011
14
15
16                    *[signature: Audrey B. Collins]*
17                              Audrey B. Collins
                          Chief United States District Judge
18
19
20
21
22
23
24
25
26
27
28

<pre>
 1                        Attachment A
 2
 3  Disbarment
 4  1.  Catherine Margaret Brame, #130529, MC-11-28 ABC
 5  2.  Arthur George Crabtree, #171983, MC-11-29 ABC
 6  3.  Isaac Estrada Guillen, #194829, MC-11-30 ABC
 7  4.  Cheryl Parkinson Martinsen, #104678, MC-11-31 ABC
 8  5.  Todd Christian Smith, #167013, MC-11-32 ABC
 9
10  Suspension
11  1.  David Lee Candaux, #65382, MC-11-33 ABC
12  2.  John Randolph Kniss, #141454, MC-11-34 ABC
13  3.  Dale Robert McBride, #113913, MC-11-35 ABC
14  4.  Nolan Charles Stringfield, #113651, MC-11-36 ABC
15  5.  Kris Patrick Thompson, #154866, MC-11-37 ABC
16  6.  David John Wayman, #140758, MC-11-38 ABC
17  7.  Christopher George Weston, #174808, MC-11-39 ABC
18
19
20
21
22
23
24
25
26
27
28
</pre>